UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A and A Global Imports, Inc., | Case No. CV 17-3442-AB (ASx) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Central Bag and Burlap, Co., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 10, 2017 _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE